UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br><br>Petitioner,<br><br>v.<br><br>JIM ROBERTSON, et al.,<br><br>Respondent. | Case No. 19-cv-02606-HSG<br><br>**JUDGMENT** |

This action is DISMISSED as duplicative. Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: 7/25/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge