UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br>    Petitioner,<br>    v.<br>JIM ROBERTSON, et al.,<br>    Respondents. | Case No. 19-cv-02606-HSG<br><br>**ORDER DENYING REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 12 |

Petitioner, a state prisoner currently incarcerated at Pelican Bay State Prison, filed this *pro se* action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 25, 2019, the Court dismissed this petition as duplicative of *Cisneros v. Robertson*, No. C 18-01877 HSG (PR) ("*Cisneros I*") because both petitions challenge the same conviction and appear to allege the same claims. Dkt. Nos. 10 and 11. Petitioner has filed a letter which the Court construes as a motion requesting reconsideration of the Court's dismissal of this action pursuant to Rule 60(b)(1) of the Federal Rules of Civil Procedure. Dkt. No. 12. Petitioner argues that the Court erred in dismissing this action as duplicative of *Cisneros I* because *Cisneros I* has been dismissed for failure to exhaust state court remedies. Petitioner is incorrect. In *Cisneros I*, the Court has not yet ruled on the Respondent's motion to dismiss for failure to exhaust state court remedies. Petitioner misunderstands the exhibits that he has attached to his motion for reconsideration. His second exhibit is the motion filed by Respondent in *Cisneros I* requesting the dismissal of *Cisneros I* for failure to exhaust court remedies. Dkt. No. 12 at 7. This pleading is not a court order. Rather it is a motion made by Respondent, which the Court must decide, and has not yet decided. His third exhibit is a copy of the docket sheet in *Cisneros I*. Petitioner has circled Docket Entry No. 45 in *Cisneros I*, and alleges that this docket entry is proof that *Cisneros I* was "dismissed for reason

claims not exhausted in state" (sic). Dkt. No. 12 at 11. Docket Entry No. 45 in *Cisneros I* is Petitioner's opposition to Respondent's motion to dismiss. *See Cisneros I*, Dkt. No. 45. The notation next to Docket Entry No. 45 identifies the pleading as "Traverse Motion of Responds re 42 MOTION to Dismiss *Habeas Petition for Failure to Exhaust State Court Remedies* by Miguel A. Cisneros)." Dkt. No. 12 at 11. *Cisneros I* is still pending. The Court did not err in dismissing this action as duplicative. Accordingly, Petitioner's motion for reconsideration is DENIED.

This order terminates Dkt. No. 12. This case remains closed.

**IT IS SO ORDERED.**

Dated: 8/9/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge