UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL ANGEL CISNEROS,<br>Petitioner,<br>v.<br>JIM ROBERTSON, et al.,<br>Respondent. | Case No. 19-cv-02606-HSG<br><br>**ORDER VACATING ORDER OF DISMISSAL AND JUDGMENT; RE-OPENING CASE; ADMINISTRATIVELY CLOSING CASE** |

Petitioner, a state prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2016 conviction from San Mateo County Superior Court. Dkt. No. 1. On July 25, 2019, the Court granted petitioner leave to proceed *in forma pauperis*; dismissed this action as duplicative because this action challenged the same sentence and conviction challenged in *Cisneros v. Roberston*, No. C 18-01877 HSG (PR) ("*Cisneros I*"), which is still pending; and denied a certificate of appealability. Dkt. No. 10. The Court entered judgment in favor of respondent that same day. Dkt. No. 11. The Court erred in dismissing this petition as successive. When a *pro se* petitioner files a new petition in the district court while an earlier-filed petition is still pending, the district court must construe the new petition as a motion to amend the pending petition rather than as an unauthorized second or successive petition. *Woods v. Carey*, 525 F.3d 886, 887–90 (9th Cir. 2008). Accordingly, the Court VACATES the July 25, 2019 Order Granting Leave to Proceed *In Forma Pauperis*, Dismissing Petition as Duplicative, Denying Certificate of Appealability (Dkt. No. 10) and VACATES the accompanying judgment (Dkt. No. 11). The Court re-opens this case, and administratively closes this case pursuant to *Woods*. Because this case was opened in error, the Clerk of the Court shall not charge a filing fee. The Clerk of the Court is directed to construe the initial petition (Dkt. No. 1) as a request for leave to

file an amended petition; and to file the motion (Dkt. No. 1) in *Cisneros v. Roberston*, No. C 18-01877 HSG (PR).

**IT IS SO ORDERED.**

Dated: 9/5/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge